ROBERT J. NICHOLS, TRUSTEE, ET AL. *v.* ROGER B.
CLARK ET AL.
(AC 18928)

Lavery, C. J., and Schaller and Zarella, Js.

Argued March 27—officially released April 25, 2000

Per Curiam. The judgment is affirmed.

LOUIS G. BATTAGLIA *v.* JANET A. BATTAGLIA
(AC 19887)

Landau, Schaller and Hennessy, Js.

Submitted on briefs March 22—officially released April 25, 2000

Per Curiam. The judgment is affirmed.

TIMOTHY WHITFIELD *v.* COMMISSIONER OF
CORRECTION
(AC 19232)

Foti, Mihalakos and Spallone, Js.

Argued April 3—officially released April 25, 2000

Per Curiam. The appeal is dismissed.